No. 974, Misc. BLAKE *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied.

No. 938, Misc. BOWENS *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 627, Misc. JACKSON *v.* SINCLAIR, PRISON SUPERINTENDENT. Motion for leave to file petition for writ of injunction denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 605, Misc. CLINE *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO; and
No. 786, Misc. KEENE *v.* ALABAMA. Motions for leave to file petitions for writs of mandamus denied.

No. 778. CALMAR, INC. *v.* COOK CHEMICAL CO.; and
No. 810. COLGATE-PALMOLIVE CO. *v.* COOK CHEMICAL Co. C. A. 8th Cir. Certiorari granted. Cases consolidated and one hour allotted for oral argument for both cases. *Abe Fortas, Victor H. Kramer, Dennis G. Lyons* and *Francis G. Cole* for petitioner in No. 778. *George H. Mortimer* for petitioner in No. 810. *Robert D. Hovey* and *Vernon B. Kassebaum* for respondent in both cases.

No. 906. UNITED STATES *v.* ADAMS ET AL. Ct. Cl. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn* and *Edward Berlin* for the United States. *John A. Reilly* for respondents.